UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CANDIDA ADAMS,

    Plaintiff,

v.                                Case No. 3:21cv2567-MCR-HTC

MARY GARTH,
ROBERT GARTH, and
THOMAS GARTH,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 29, 2021 (ECF No. 3), which recommends this case be dismissed *sua sponte* for lack of subject-matter jurisdiction or, alternatively, as frivolous for failure to state a claim.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed a Motion for Leave to Proceed *in forma pauperis* (ECF Doc. 4). Otherwise, there have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted and Plaintiff's Motion to Proceed *in forma pauperis* should be deemed as moot.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 3) is adopted and incorporated by reference in this order.

(2) The Plaintiff's Motion to Proceed *in forma pauperis* (ECD Doc. 4) is deemed moot.

(3) This case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

(4) The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv2567-MCR-HTC